IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| WILLIE FRANK WRIGHT, JR., | |
| Plaintiff, | CIVIL ACTION NO.: 6:17-cv-27 |
| v. | |
| CORE CIVIC'S POLICY, et al., | |
| Defendants. | |

## ORDER

Presently before the Court are Plaintiff's Objections to the Magistrate Judge's Report and Recommendation dated March 22, 2017, (doc. 4). After an independent and *de novo* review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **OVERRULES** Plaintiff's Objections. The Court **DISMISSES without prejudice** Plaintiff's Complaint based on Plaintiff's lack of candor[1] and **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case. The Court **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal.

**SO ORDERED**, this 26th day of May, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UINITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court notes Plaintiff's assertion that his failure to disclose previous lawsuits is not relevant in an emergency situation such as his. (Doc. 6, p. 1.) Plaintiff had a duty to disclose his previous lawsuits and willfully disregarded that duty. This Court will not tolerate such disregard and lack of candor.