# United States District Court
## Southern District of Georgia

WILLIE FRANK WRIGHT, JR.,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV617-027

CORE CIVIC'S POLICY, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on May 26, 2017, the Report and Recommendation of the Magistrate Judge are ADOPTED as the opinion of this Court. Therefore, the Plaintiff's complaint is DISMISSED and this civil action stands CLOSED.

May 26, 2017
Date



Scott L. Poff
Clerk

(By) Deputy Clerk